IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAELUS JAMES HATTEL,<br><br>Defendant. | CR 25–3–M–DLC<br><br><br><br>ORDER |

Before the Court is the United States of America's Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 24.) Defendant Caelus James Hattel has been adjudged guilty as charged in Count 4 of the Indictment and has admitted to its forfeiture allegation. (Doc. 28.) As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the Motion (Doc. 24) is GRANTED.

IT IS FURTHER ORDERED that Hattel's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Smith & Wesson M&P Bodyguard .380 pistol (S/N KJA9925);

- Jiminez Arms 9mm pistol (S/N 444384);

- 20 rounds ammunition; and

- 9 rounds ammunition.

IT IS FURTHER ORDERED that the ATF and/or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 13th day of May, 2025.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court